**RICHARD P. CUSHING, ESQ.**
**GEBHARDT & KIEFER, P.C.**
Attorney ID No. 278831972
1318 Route 31 ● P.O. Box 4001
Clinton, New Jersey 08809-4001
Tel. 908-735-5161
Attorneys for Defendants, Borough of Franklin, Nicholas Giordano, Mayor of the Borough of Franklin, Franklin Borough Council and Franklin Borough Planning Board

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK

| | |
|---|---|
| SILK CITY DEVELOPMENT, LLC, SILK CITY RENTALS, LLC and JCM INVESTORS 1012, LLC | CASE NO. |
| Plaintiffs | *CIVIL ACTION* |
| v. | NOTICE OF REMOVAL |
| THE BOROUGH OF FRANKLIN, COUNTY OF SUSSEX, STATE OF NEW JERSEY; THE PLANNING BOARD OF THE BOROUGH OF FRANKLIN; MAYOR AND COUNCIL, BOROUGH OF FRANKLIN, COUNTY OF SUSSEX | |
| Defendants | |

**PLEASE TAKE NOTICE** that, on this date, Defendants, Borough of Franklin, Nicholas Giordano, Mayor of the Borough of Franklin, Franklin Borough Council and Franklin Borough Planning Board, by their undersigned counsel, have filed this Notice of Removal pursuant to 28 U.S.C. §1466(a), in the Office of the Clerk of the United States District Court for the District of New Jersey.

00229332

These Defendants, by their undersigned counsel, state:

1.      Plaintiffs brought an action against Defendants, Borough of Franklin, Nicholas Giordano, Mayor of the Borough of Franklin, Franklin Borough Council and Franklin Borough Planning Board, in the Superior Court of New Jersey, Law Division, Sussex County, Docket Number SSX-L-11-19, on January 9, 2019.  A true copy of the filed Complaint is annexed hereto as Exhibit A.

2.      On approximately January 11, 2019, the Summons and Complaint were served on the Defendants.

3.      Because this action arises under federal law, it is one over which the United States District Court has original jurisdiction pursuant to the provisions of 28 U.S.C. §1343 and, therefore, this action may be removed to this Court by Defendants pursuant to 28 U.S.C. §1441 and §1443.

4.      This Notice is filed with this Court within thirty (30) days of receipt by these Defendants of the Complaint.

5.      Moving Defendants have consent of all Defendants to file this Notice of Removal.

**PLEASE TAKE FURTHER NOTICE** that Defendants, upon filing the Notice of Removal in the Office of the Clerk of the United States District Court for the District of New Jersey, have also filed copies of this Notice with the Clerk of the Superior Court of New Jersey at the Sussex County Law Division Clerk's Office, 43-47 High Street, Newton, New Jersey 07860, to effect removal of this action to the United States District Court pursuant to 28 U.S.C. §1446.

00229332

GEBHARDT & KIEFER, P.C.
*Attorneys for Defendants,*
*Borough of Franklin, Nicholas Giordano,*
*Mayor of the Borough of Franklin, Franklin*
*Borough Council and Franklin Borough*
*Planning Board*

By:_____
RICHARD P. CUSHING, ESQ.

Dated:   February 7, 2019

00229332